**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| In re: | * | |
| **F.T. SILFIES, INC.,** | * | Case No: 09-15049 |
| | | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | * | |
| **PRICE TRUCKING, INC.** | | Case No: 09-15044 |
| | * | (Chapter 11) |
| Debtor. | | |
| | * | (Jointly Administered under Case No. 09-15049) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Dear Clerk:

Please enter the appearance of G. David Dean, and Cole, Schotz, Meisel, Forman & Leonard, P.A., as proposed counsel to the Official Committee of Unsecured Creditors of F.T. Silfies, Inc. and Price Trucking, Inc.  Pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 9010(b), and applicable Local Rules, the undersigned requests that the name and address of counsel be entered on the general matrix and limited matrix for the above case, and that all notices, pleadings, orders and all papers served or required to be served in this case be sent to the following address:

> G. David Dean, Esquire
> Cole, Schotz, Merisel, Forman & Leonard, P.A.
> 300 E. Lombard Street, Suite 2000
> Baltimore, MD 21202
> (410) 528-2972 Telephone
> (410) 230-0667 Fax
> ddean@coleschotz.com

Dated: April 13, 2009

                          COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

                          /s/ G. David Dean
                          G. David Dean (Bar No. 26987)
                          300 E. Lombard Street, Suite 2000
                          Baltimore, MD 21202
                          (410) 528-2972 Telephone
                          (410) 230-0667 Fax
                          ddean@coleschotz.com

                          Proposed Attorneys for the Official Committee of Unsecured Creditors of F.T. Silfies, Inc. and Price Trucking, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2009, the Entry of Appearance and Request for Notices was sent to the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party, to:

| | |
|---|---|
| Brent C. Strickland, esquire<br>J. Daniel Vorsteg, Esquire<br>Whiteford, Taylor & Preston<br>Seven Saint Paul Street, Suite 1800<br>Baltimore, Maryland 21202 | Jeffrey Weston Shields, Esquire<br>Jones Waldo<br>170 S. Main St., #1500<br>Salt Lake City, UT 84101 |
| Katherine A. Levin<br>Office of U.S.Trustee<br>101 W. Lombard Street<br>Suite 2625<br>Baltimore, MD 21201 | Matthew G. Summers, Esquire<br>Ballard Spahr Andrews Ingersoll, LLP<br>300 East Lombard Street, 18th Floor<br>Baltimore, Maryland 21202 |
| Michael J. Lichtenstein, Esquire<br>Shulman, Rogers, Gandal, Pordy & Ecker, P.A.<br>11921 Rockville Pike, 3rd Floor<br>Rockville, Maryland 20852 | H. Tucker Dewey, Esquire<br>Carrie Ann Rohrscheib, Esquire<br>Hale, Dewey & Knight, PLLC<br>88 Union Avenue, Suite 700<br>Memphis, Tennessee 38103 |
| Constance M. Hare, Esquire<br>Gary R. Greenblatt, Esquire<br>Mehlman, Greenblatt & Hare, LLC<br>723 South Charles Street, Suite LLC<br>Baltimore, Maryland 21230 | |

                                                            /s/ G. David Dean
                                                            G. David Dean (Bar No. 26987)